# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | **Keith Ader ; Jeffrey Cochran, individually and on behalf of similarly situated individuals** | **Defendant(s):** | **SimonMed Imaging Incorporated, an Arizona Corporation ; ABC Entities 1-20 ; John and Jane Does 1-20** |

County of Residence: Maricopa
County Where Claim For Relief Arose: Maricopa

County of Residence: Maricopa

Plaintiff's Atty(s):

**Daniel Bonnett**
**Martin & Bonnett, P.L.L.C.**
**4647 N. 32nd Street, Suite 185**
**Phoenix, Arizona  85018**
**(602) 240-6900**

Defendant's Atty(s):

II. Basis of Jurisdiction:    **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

　　　　Plaintiff:- **N/A**
　　　　Defendant:- **N/A**

IV. Origin :    **1. Original Proceeding**

V. Nature of Suit:    **710 Fair Labor Standards Act**

VI. Cause of Action:    **Violations of the Fair Labor Standards Act ("FLSA"), Specifically, this action is brought under 29 U.S.C. § 201 et. seq. and Ariz. Rev. Stat. § 23-350 et. seq. Jurisdiction under 28.U.S.C. §§ 1331 & 1367.**

## VII. Requested in Complaint

        Class Action: **Yes**
      Dollar Demand: **TBD**
        Jury Demand: **No**

## VIII. This case **is not related** to another case.

**Signature:** s/Daniel L. Bonnett

**Date:** 6/28/17

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014