# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Ader, *et al.*, | No. CV-17-02085-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| SimonMed Imaging Incorporated, *et al.*, | |
| Defendants. | |

At issue is Defendants' Motion for Withdrawal and Substitution of Counsel (Doc. 92). Upon review, with no objection by Plaintiffs' counsel, and good cause appearing,

IT IS HEREBY ORDERED granting Defendants' Motion for Withdrawal and Substitution of Counsel (Doc. 92).

IT IS FURTHER ORDERED substituting Peter C. Prynkiewicz and Cory G. Walker of Littler Mendelson, P.C., in place of Adam C. Losey of Losey PLLC, as counsel of record for Defendants SimonMed Imaging Incorporated and Howard John Simon MD, for all further proceedings.

Dated this 4th day of February, 2018.

Honorable John J. Tuchi
United States District Judge